# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NSK INDUSTRIES, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>TEKMART INTEGRATED<br>MANUFACTURING SERVICES LIMITED<br><br>　　Defendant. | CASE NO. 5:22-cv-02335<br><br>CHIEF JUDGE SARA LIOI |
| TEKMART INTEGRATED<br>MANUFACTURING SERVICES LIMITED<br><br>　　Third-Party Plaintiff/Counterclaim<br>　　Defendant,<br><br>v.<br><br>DOMETIC CORPORATION<br><br>　　Third-Party Defendant/Counterclaim<br>　　Plaintiff. | |

**<u>JUDGMENT IN FAVOR OF DOMETIC CORPORATION</u>**

1

# JUDGMENT

**THIS CAUSE** comes before the Court on Tekmart Integrated Manufacturing Services Limited's ("TIMS") Rule 68 offer of Judgment and Dometic Corporation's ("Dometic") acceptance thereof.

Being fully advised, it is:

**ORDERED AND ADJUDGED** as follows:

Judgment in this action is entered against TIMS in favor of Dometic in the amount of One Million, Two Hundred Fifteen Thousand, Six Hundred Thirty-Four Dollars and 90/100s ($1,215,634.90), for which execution may immediately issue. Judgment is also entered against TIMS in favor of Dometic in the amount of Dometic's reasonable and necessary attorneys' fees and costs incurred in connection with this action through October 14, 2024, which Dometic will demonstrate through disclosure of its invoices, redacted as appropriate. Following disclosure of Dometic's attorney invoices and costs expended, this Judgment will be amended to reflect the full amount due to Dometic, inclusive of such fees and costs. This judgment applies to all claims alleged and asserted by and between both DOMETIC and TIMS in this matter.

DATED: __October 16__, 2024

_____
Chief Judge Sara Lioi
United States District Judge